VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.
COUNSELORS AT LAW
1501 BROADWAY
NEW YORK, N.Y. 10036
TEL 212/403-7300
FAX 212/221-3172

RECEIVED
in Chambers of:
U.S. Magistrate Judge

MAY 13 2003

May 12, 2003

Magistrate Judge Robert Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

So ordered

5/15/03

Re: Bricklayers Insurance and Welfare Fund, et al.
v. Navillus Tile, Inc. et al.,
No. CV-03- 857 (ERK) (RML)

Dear Judge Levy:

This firm represents plaintiffs in the above-referenced matter. I write to inform the Court that because defendants failed to file an answer, we filed a motion for default judgment on April 15, 2003. We therefore ask that the initial conference scheduled for August 4, 2003 be canceled.

Respectfully submitted,

James I. Wasserman

JW/rmr

199482 v1