UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and SANTO LANZAFAME, in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS, and BRICKLAYERS LABOR MANAGEMENT RELATIONS COMMITTEE,

                Plaintiffs,

    - against -

NAVILLUS TILE, INC.
AND DONAL O'SULLIVAN,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

03 Civ. 857 (ERK) (RML)

So ordered:

7/9/03

NOTICE OF DISMISSAL

        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Vladeck, Waldman, Elias & Engelhard, P.C., voluntarily dismiss the above

201884 v1

captioned action.

Dated:   New York, New York
         July 7, 2003

                                        VLADECK, WALDMAN, ELIAS &
                                            ENGELHARD, P.C.

                                        By: _____
                                            James I. Wasserman (JW 3717)
                                            Attorneys for Plaintiffs
                                            1501 Broadway, Suite 800
                                            New York, New York  10036
                                            (212) 403-7300